**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1097**

---

CHARLES D. COUNTS, SR.,

Plaintiff - Appellant,

versus

FIRST VIRGINIA BANK; JOSEPH P. JOHNSON; CLYDE
COMBS; JAMES BISHOP; ALAN MARTIN,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Abingdon. James P. Jones, District Judge.
(CA-96-154-A)

---

Submitted: May 1, 1997                    Decided: May 8, 1997

---

Before WIDENER[*] and MURNAGHAN, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

[*] Judge Widener did not participate in consideration of this case. The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

Charles D. Counts, Sr., Appellant Pro Se.  Mark Russell Graham, BOUCHER, HUTTON & KELLY, Abingdon, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Appellees' motion to dismiss Appellant's complaint for lack of subject matter jurisdiction and imposing a pre-filing review order limiting future litigation. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Counts v. First Virginia Bank, No. CA-96-154-A (W.D. Va. Dec. 17, 1996). Additionally, we deny Appellant's motion for judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED